**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

OCT 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOUTH 71FIVE MINISTRIES,<br><br>　　Plaintiff - Appellant,<br><br>　v.<br><br>CHARLENE WILLIAMS, Director of the Oregon Department of Education, in her individual and official capacities; et al.,<br><br>　　Defendants - Appellees. | No. 24-4101<br><br>D.C. No. 1:24-cv-00399-CL<br>District of Oregon, Medford<br><br>ORDER |

Before: RAWLINSON, CHRISTEN, and JOHNSTONE, Circuit Judges.

　　Appellees are directed to file a response to the petition for rehearing en banc within 21 days of the date of this order. The response shall not exceed 15 pages in length unless it complies with the alternative length limitation of 4,200 words. 9th Cir. R. 40-1.