# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 24-4101

**Case Name** | Youth 71Five Ministries v. Williams, et al

Requesting Party Name(s) | Williams, Detman and Bueker

I am:
- ○ The party requesting the extension.
- ⦿ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:
- ☐ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☒ Other (*you **must** describe the document*)
  Response to Petition for Rehearing En Banc

The requested new due date is: November 6, 2025

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Appellees' counsel requests this extension because she will be out of the office and unable to work on the response between 10/13-10/22 and additional time is needed to respond to the petition after she returns. That leave was scheduled before the Court ordered the response. Opposing counsel does not object to the extension request.

**Signature** /s/ Kirsten M. Naito   **Date** 10/09/2025
(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 14**   1   New 12/01/2018

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

⦿ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my | first | request.
*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [          ].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** | /s/ Kirsten M. Naito | **Date** | 10/09/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**  2  *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the ☐ brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: ☐

3. The brief's first due date was: ☐

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   ☐

5. The position of the other party/parties regarding this request is:

   ☐ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

   ☐

6. ☐ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

   ☐

7. ☐ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** ☐ **Date** ☐
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**     3     *New 12/01/2018*